JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MARTIN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; SAMANTHA GREY, an individual; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No:  2:24-cv-01767-JLS (KESx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT GREY AND REMAND ACTION TO STATE COURT (Doc. 16)** |

**ORDER**

The Court GRANTS Parties' Joint Stipulation to Dismiss Defendant Grey and Remand Action to State Court (Doc. 16). The Court orders as follows:

1. Defendant Samantha Gray is dismissed from this action with prejudice with each party to bear its own costs and attorneys' fees; and
2. This action is hereby remanded to Los Angeles County Superior Court, Case No. 23STCV20487.

**IT IS SO ORDERED.**

Date: April 1, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE